UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGELO J MONISTERE, Individually

    Plaintiff,

v.                                     Case No:   2:13-cv-860-FtM-38UAM

VALENTINO LOSAURO, CLAWZ
DESIGNS, INC. and FRINGEY BY
VALENTINO, INC.,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on review of the docket. This matter was transferred to this Court on December 10, 2013. (Doc. #27). The Parties shall jointly file a written status of the progress of the matter no later than **Friday, January 10, 2013**, so the court can proceed accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of January, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.