UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANGELO J MONISTERE, Individually

    Plaintiff,

v.                                                   Case No:   2:13-cv-860-FtM-38UAM

VALENTINO LOSAURO, CLAWZ
DESIGNS, INC. and FRINGEY BY
VALENTINO, INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Motion to Dismiss with Prejudice (Doc. #32) filed on January 8, 2014. The Parties indicate they have reached a settlement in this matter, each party will bear their own costs, and they desire to dismiss this matter with prejudice. Having found proper cause, the Court will dismiss this matter pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion to Dismiss with Prejudice (Doc. #32) is **GRANTED**.

2. This cause is **DISMISSED with prejudice**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

3.  The Clerk of Court is directed to CLOSE the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record